IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERAWAN FARMING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WORREL & WORREL, et al., <br><br> Defendants. | CASE NO. CV F 10-2011 AWI DLB <br> New Case No. CV F 10-2011 LJO JLT <br><br> **ORDER TO RELATE ACTIONS AND TO ASSIGN NEW DISTRICT JUDGE AND MAGISTRATE JUDGE** |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to the action entitled *Gerawan Farming, Inc. v. Prima Bella Produce, Inc.,* Case No. CV F 10-0148 LJO JLT. The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the Court and parties. An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is effected.

On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to United States District Lawrence J. O'Neill and United States Magistrate Judge Jennifer L. Thurston with a new **CASE NO. CV F 10-2011 LJO JLT**. All documents shall bear the new **CASE NO. CV F 10-2011 LJO JLT** and the reassignment to United States District Judge Lawrence J. O'Neill and United States Magistrate Judge Jennifer L. Thurston.

IT IS SO ORDERED.

**Dated:   March 2, 2011**                              /s/ Lawrence J. O'Neill

|    |                                  |
|----|----------------------------------|
| 1  | UNITED STATES DISTRICT JUDGE     |
| 2  |                                  |
| 3  |                                  |
| 4  |                                  |
| 5  |                                  |
| 6  |                                  |
| 7  |                                  |
| 8  |                                  |
| 9  |                                  |
| 10 |                                  |
| 11 |                                  |
| 12 |                                  |
| 13 |                                  |
| 14 |                                  |
| 15 |                                  |
| 16 |                                  |
| 17 |                                  |
| 18 |                                  |
| 19 |                                  |
| 20 |                                  |
| 21 |                                  |
| 22 |                                  |
| 23 |                                  |
| 24 |                                  |
| 25 |                                  |
| 26 |                                  |
| 27 |                                  |
| 28 |                                  |