1  Marshall C. Whitney, # 082952                    (SPACE BELOW FOR FILING STAMP ONLY)
   Mandy L. Jeffcoach, # 232313
2  M. Leah Cameron #274637
   McCormick, Barstow, Sheppard,
3  Wayte & Carruth LLP
   P.O. Box 28912
4  5 River Park Place East
   Fresno, CA  93720-1501
5  Telephone:    (559) 433-1300
   Facsimile:    (559) 433-2300
6
   Attorneys for Defendants
7  WORREL & WORREL and RODNEY K. WORREL

8                  UNITED STATES DISTRICT COURT

9         EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

10

11  GERAWAN FARMING, INC.,                    Case No.  1:10-cv-02011-AWI-DLB

12                  Plaintiff,                **INITIAL DISCLOSURE STATEMENT OF**
                                              **DEFENDANTS WORREL & WORREL**
13          v.                                **AND RODNEY WORREL**
                                              **[F.R.C.P. RULE 26(a)(1)]**
14  TOWNSEND TOWNSEND AND CREW
    LLP, a California limited liability law
15  partnership, WORREL & WORREL, a law
    firm, RODNEY K. WORREL, an
16  individual, MATTHEW E. HINSCH, an
    individual, WILLIAM M. HYNES, an
17  individual, and DOES 1 through 100,
    inclusive,
18
19                  Defendants.

20

21          Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendants WORREL & WORREL

22  and RODNEY K. WORREL ("Worrel")  hereby provides its Initial Rule 26(a) Disclosure.  The

23  following Disclosure of individuals likely to have discoverable information and documents that

24  may support the Worrel's defenses, is limited to both documents and witnesses Worrel intend to

25  use to supports its defenses in this matter, expressly excluding documents intended to be used

26  solely for impeachment.   Worrel specifically reserves the right to supplement this Disclosure

27  upon discovery of additional information pursuant to F.R.C.P. 26(e)(1).

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

1

**A.     Individuals Likely To Have Discoverable Information.**

Worrel  reserves the right to supplement the foregoing list of individuals as necessary if and when further persons are identified and it is determined that such individuals are likely to have information that Worrel  may use to support their defenses.  Worrel  reserves the right to call as a witness any person identified in other parties' Rule 26 Disclosures and/or identified and/or deposed after the date of this disclosure.

| 1. | Rodney Worrel<br>c/o Marshall c. Whitney<br>McCormick, Barstow, Sheppard Wayte &<br>  Carruth, LLP<br>5 River Park Place East<br>Fresno, California 93720<br>Telephone:  (559) 433-1300<br>Facsimile:  (559) 433-2300 |
|---|---|

Mr. Worrel is anticipated to provide testimony about his representation of Plaintiff, the cessation of that representation, his communications with Plaintiff, the drafting of the different patents and trademarks, Plaintiff's patents and trademarks in general, communications about the patents and trademarks, causation and damages.

| 2. | William M. Hynes<br>c/o Guy Calladine<br>Carlson, Calladine & Peterson<br>353 Sacramento Street, 16th Floor<br>San Francisco, CA 94111<br>Tele: (415) 901-0968<br>Fax: (415) 391-3898 |
|---|---|

Mr. Hynes is anticipated to provide testimony about his representation of Plaintiff, the cessation of that representation, his communications with Plaintiff, the drafting of the different patents and trademarks, Plaintiff's patents and trademarks in general, communications about the patents and trademarks, causation and damages.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

2
INITIAL DISCLOSURE STATEMENT OF DEFENDANTS WORREL & WORREL AND RODNEY WORREL
[F.R.C.P. RULE 26(A)(1)]

| 3. | Matthew E. Hinsch<br>c/o Guy Calladine<br>Carlson, Calladine & Peterson<br>353 Sacramento Street, 16th Floor<br>San Francisco, CA 94111<br>Tele: (415) 901-0968<br>Fax: (415) 391-3898 |
|---|---|

Mr. Hinsch is anticipated to provide testimony about his representation of Plaintiff, the cessation of that representation, his communications with Plaintiff, the drafting of the different patents and trademarks, Plaintiff's patents and trademarks in general, communications about the patents and trademarks, causation and damages.

| 4. | Dan Gerawan<br>c/o James I. Ham, Esq.<br>Pansky Markle Ham LLP<br>1010 Sycamore Ave., Suite 308<br>South Pasadena, Ca. 91030<br>Telephone: (213) 626-7300<br>Fax: (213) 626-7330 |
|---|---|

Mr. Gerawan is anticipated to provide testimony about Plaintiff's patents and trademarks, the representation by Defendants, the pending challenges to Plaintiff's patents and trademarks and Plaintiff's alleged damages.

| 5. | Michael Gerawan<br>c/o James I. Ham, Esq.<br>Pansky Markle Ham LLP<br>1010 Sycamore Ave., Suite 308<br>South Pasadena, Ca. 91030<br>Telephone: (213) 626-7300<br>Fax: (213) 626-7330 |
|---|---|

Mr. Gerawan is anticipated to provide testimony about Plaintiff's patents and trademarks, the representation by Defendants, the pending challenges to Plaintiff's patents and trademarks and Plaintiff's alleged damages.

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

INITIAL DISCLOSURE STATEMENT OF DEFENDANTS WORREL & WORREL AND RODNEY WORREL
[F.R.C.P. RULE 26(A)(1)]

| | |
|---|---|
| 6. | David Dever<br>c/o James I. Ham, Esq.<br>Pansky Markle Ham LLP<br>1010 Sycamore Ave., Suite 308<br>South Pasadena, Ca. 91030<br>Telephone: (213) 626-7300<br>Fax: (213) 626-7330 |

Mr. Dever is anticipated to provide testimony about Plaintiff's patents and trademarks, the representation by Defendants, the pending challenges to Plaintiff's patents and trademarks and Plaintiff's alleged damages.

**B.**   **Documents.**

These disclosures are based on information reasonably available to Worrel at this time. Worrel's investigation and analysis of the issues in this action are ongoing, as such, Worrel reserves the right to supplement this document Disclosure pursuant to F.R.C.P. 26(e).  Subject to the foregoing, Worrel provides the following description by category and location of all documents, data compilations, and tangible things that are in the possession, custody, or control of this party and which are discoverable under Rule 26(b):

1.      U.S. Patent for the "Prima Black Plum 8-15" dated December 22, 1992;

2.      U.S. Patent for the "Prima Black Plum 5-25" on December 22, 1992;

3.      U.S. Patent for the "'Prima Gattie' Peach Tree"  on October 28, 1997;

4.      Communications between Worrel and Plaintiff from 1984 through 1996;

5.      Billing statements for services rendered by Worrel to Plaintiff from 1984 through 1996;

6.      Communications between Worrel and the United States Patent Office from 1984 through 1996;

7.      Communications between Worrel and the California Trademark Office from 1984 through 1996;

McCormick, Barstow,<br>Sheppard, Wayte &<br>Carruth LLP<br>5 River Park Place East<br>Fresno, CA 93720-1501

INITIAL DISCLOSURE STATEMENT OF DEFENDANTS WORREL & WORREL AND RODNEY WORREL
[F.R.C.P. RULE 26(A)(1)]

1        8.     Communications between Worrel and the Commissioner of Patents and
2                   Trademarks from 1984 through 1996; and

3        9.     The entire working file of Worrel in connection with its representation of Plaintiff
                from 1984 through 1996.

4   All of the documents in Worrel's possession have previously been turned over to Plaintiff.

5   **C.**     **Statement Of Damages.**

6        Worrel does not have an affirmative claim in this litigation for damages.

7   **D.**     **Insurance Policies.**

8        Worrel has an insurance policy that would be implicated in this matter.  The insurance

9   policy is with Lawyers Mutual Insurance Company, policy number LPLZ 03996, effective date of

10   March 31, 2009 through March 31, 2010.

11

12

13   Dated: March 15, 2011                McCORMICK, BARSTOW, SHEPPARD,
                                       WAYTE & CARRUTH LLP

14

15                           By: /s/ Mandy L. Jeffcoach
16                                  Marshall C. Whitney
                               Mandy L. Jeffcoach
17                                  M. Leah Cameron
                               Attorneys for Defendants
18                                  WORREL & WORREL and
                               RODNEY K. WORREL

19

20   51669/00252-1704463.v1

21

22

23

24

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

5

INITIAL DISCLOSURE STATEMENT OF DEFENDANTS WORREL & WORREL AND RODNEY WORREL
[F.R.C.P. RULE 26(A)(1)]