GUY D. CALLADINE [Bar No.: 99431]
BRADLEY P. KAPLAN [Bar No.: 148647]
CARLSON, CALLADINE & PETERSON LLP
353 Sacramento Street, 16th Floor
San Francisco, CA 94111
Telephone:    (415) 391-3911
Facsimile:    (415) 391-3898

Attorneys for Defendants
TOWNSEND and TOWNSEND and CREW,
LLP, MATTHEW E. HINSCH, and WILLIAM
M. HYNES

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERAWAN FARMING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TOWNSEND and TOWNSEND and CREW, LLP, et al. <br><br> Defendants. | CASE NO.: CV F 10-2011 LJO-JLT <br><br> **INITIAL DISCLOSURE OF DEFENDANTS TOWNSEND AND TOWNSEND AND CREW, LLP, MATTHEW E. HINSCH AND WILLIAM M. HYNES** |

Defendants Townsend and Townsend and Crew, LLP, Matthew E. Hinsch and William M. Hynes (the "Townsend Defendants") submit this initial disclosure pursuant to Fed. R. Civ. P. 26(a)(1)(A).

**Individuals With Discoverable Information**

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i), the Townsend Defendants identify the following individuals, presently know to them, and likely to have discoverable information that may support their claims or defenses.

1. Matthew Hinsch
   c/o Carlson, Calladine & Peterson LLP
   353 Sacramento Street, 16th Floor
   San Francisco, CA 94111
   (415) 391-3911

   Mr. Hinsch has information regarding:  the Townsend Defendants' representation of

Plaintiff and its affiliated personnel (including, but not limited to the substance and timing of services performed for the Plaintiff related to intellectual property matters, the advice the Townsend Defendants provided to Plaintiff and the basis for that advice, and Plaintiff's response to such advice); causation in this case; and Plaintiff's alleged damages.

2. William Hynes
c/o Carlson, Calladine & Peterson LLP
353 Sacramento Street, 16th Floor
San Francisco, CA 94111
(415) 391-3911

Mr. Hynes has information regarding: the Townsend Defendants' representation of Plaintiff and its affiliated personnel (including, but not limited to the substance and timing of services performed for the Plaintiff related to intellectual property matters, the advice the Townsend Defendants provided to Plaintiff and the basis for that advice, and Plaintiff's response to such advice); causation in this case; and Plaintiff's alleged damages.

3. John Hughes
c/o Carlson, Calladine & Peterson LLP
353 Sacramento Street, 16th Floor
San Francisco, CA 94111
(415) 391-3911

Mr. Hughes has information regarding: the Townsend Defendants' representation of Plaintiff and its affiliated personnel (including, but not limited to the substance and timing of services performed for the Plaintiff related to intellectual property matters, the advice the Townsend Defendants provided to Plaintiff and the basis for that advice, and Plaintiff's response to such advice); causation in this case; and Plaintiff's alleged damages.

4. John Baum
c/o Carlson, Calladine & Peterson LLP
353 Sacramento Street, 16th Floor
San Francisco, CA 94111
(415) 391-3911

Mr. Baum has information regarding: the Townsend Defendants' representation of Plaintiff and its affiliated personnel (including, but not limited to the substance and timing of services performed for the Plaintiff related to intellectual property matters, the advice the Townsend Defendants provided to Plaintiff and the basis for that advice, and Plaintiff's response to such advice); causation in this case; and Plaintiff's alleged damages.

5. Rodney Worrel
   c/o McCormick, Barstow, Sheppard, Wayte & Carruth LLP
   P.O. Box 28912
   5 River Park Place East
   Fresno, CA 93720
   (559) 433-1300

Mr. Worrel has information regarding: his and his firm's representation of Plaintiff and its affiliated personnel (including, but not limited to the work performed for the Plaintiff related to intellectual property matters, the advice that he and his firm provided to Plaintiff and the basis for that advice, and Plaintiff's response to such advice); causation in this case; and Plaintiff's alleged damages.

6. John Sweet
   Address unknown to these defendants

Mr. Sweet has information regarding: the Townsend Defendants' representation of Plaintiff and its affiliated personnel (including, but not limited to the substance and timing of services performed for the Plaintiff related to intellectual property matters, the advice the Townsend Defendants provided to Plaintiff, and Plaintiff's response to such advice); Plaintiff's discussions and decisions regarding intellectual property matters (including, but not limited to those for which the Townsend Defendants had been retained); the operations of the Plaintiff; Plaintiff's past, present and prospective strategic assessment of Plaintiff's intellectual property rights; Plaintiff's past, present and prospective activities and responses with respect to actual or perceived attacks and/or encroachments on Plaintiff's intellectual property rights; and the extent of Plaintiff's alleged damages.

7. David Dever
   Gerawan Farming
   c/o Pansky Markle Ham LLP
   1010 Sycamore Avenue, Suite 308
   South Pasadena, CA 91030
   (213) 626-7330

Mr. Dever has information regarding: the Townsend Defendants' representation of Plaintiff and its affiliated personnel (including, but not limited to the substance and timing of services performed for the Plaintiff related to intellectual property matters, the advice the

Townsend Defendants provided to Plaintiff, and Plaintiff's response to such advice); Plaintiff's discussions and decisions regarding intellectual property matters (including, but not limited to those for which the Townsend Defendants had been retained); the operations of the Plaintiff; Plaintiff's past, present and prospective strategic assessment of Plaintiff's intellectual property rights; Plaintiff's past, present and prospective activities and responses with respect to actual or perceived attacks and/or encroachments on Plaintiff's intellectual property rights; and the extent of Plaintiff's alleged damages.

8. George Papangellin
   Gerawan Farming
   c/o Pansky Markle Ham LLP
   1010 Sycamore Avenue, Suite 308
   South Pasadena, CA 91030
   (213) 626-7330

Mr. Papangellin has information regarding: the Townsend Defendants' representation of Plaintiff and its affiliated personnel (including, but not limited to the substance and timing of services performed for the Plaintiff related to intellectual property matters, the advice the Townsend Defendants provided to Plaintiff, and Plaintiff's response to such advice); Plaintiff's discussions and decisions regarding intellectual property matters (including, but not limited to those for which the Townsend Defendants had been retained); the operations of the Plaintiff; Plaintiff's past, present and prospective strategic assessment of Plaintiff's intellectual property rights; Plaintiff's past, present and prospective activities and responses with respect to actual or perceived attacks and/or encroachments on Plaintiff's intellectual property rights; and the extent of Plaintiff's alleged damages.

9. Kelly Owens
   Gerawan Farming
   c/o Pansky Markle Ham LLP
   1010 Sycamore Avenue, Suite 308
   South Pasadena, CA 91030
   (213) 626-7330

Ms. Owens has information regarding: the Townsend Defendants' representation of Plaintiff and its affiliated personnel (including, but not limited to the substance and timing of services performed for the Plaintiff related to intellectual property matters, the advice the

Townsend Defendants provided to Plaintiff, and Plaintiff's response to such advice); Plaintiff's discussions and decisions regarding intellectual property matters (including, but not limited to those for which the Townsend Defendants had been retained); the operations of the Plaintiff; Plaintiff's past, present and prospective strategic assessment of Plaintiff's intellectual property rights; Plaintiff's past, present and prospective activities and responses with respect to actual or perceived attacks and/or encroachments on Plaintiff's intellectual property rights; and the extent of Plaintiff's alleged damages.

    10. Michael Mallery
        Gerawan Farming
        c/o Pansky Markle Ham LLP
        1010 Sycamore Avenue, Suite 308
        South Pasadena, CA 91030
        (213) 626-7330

Mr. Mallery has information regarding: the Townsend Defendants' representation of Plaintiff and its affiliated personnel (including, but not limited to the substance and timing of services performed for the Plaintiff related to intellectual property matters, the advice the Townsend Defendants provided to Plaintiff, and Plaintiff's response to such advice); Plaintiff's discussions and decisions regarding intellectual property matters (including, but not limited to those for which the Townsend Defendants had been retained); the operations of the Plaintiff; Plaintiff's past, present and prospective strategic assessment of Plaintiff's intellectual property rights; Plaintiff's past, present and prospective activities and responses with respect to actual or perceived attacks and/or encroachments on Plaintiff's intellectual property rights; and the extent of Plaintiff's alleged damages.

    11. Dan Gerawan
        Gerawan Farming
        c/o Pansky Markle Ham LLP
        1010 Sycamore Avenue, Suite 308
        South Pasadena, CA 91030
        (213) 626-7330

Mr. Gerawan has information regarding: the Townsend Defendants' representation of Plaintiff and its affiliated personnel (including, but not limited to the substance and timing of services performed for the Plaintiff related to intellectual property matters, the advice the

Townsend Defendants provided to Plaintiff, and Plaintiff's response to such advice); Plaintiff's discussions and decisions regarding intellectual property matters (including, but not limited to those for which the Townsend Defendants had been retained); the operations of the Plaintiff; Plaintiff's past, present and prospective strategic assessment of Plaintiff's intellectual property rights; Plaintiff's past, present and prospective activities and responses with respect to actual or perceived attacks and/or encroachments on Plaintiff's intellectual property rights; and the extent of Plaintiff's alleged damages.

12. Michael Gerawan
    Gerawan Farming
    c/o Pansky Markle Ham LLP
    1010 Sycamore Avenue, Suite 308
    South Pasadena, CA 91030
    (213) 626-7330

Mr. Gerawan has information regarding: the Townsend Defendants' representation of Plaintiff and its affiliated personnel (including, but not limited to the substance and timing of services performed for the Plaintiff related to intellectual property matters, the advice the Townsend Defendants provided to Plaintiff, and Plaintiff's response to such advice); Plaintiff's discussions and decisions regarding intellectual property matters (including, but not limited to those for which the Townsend Defendants had been retained); the operations of the Plaintiff; Plaintiff's past, present and prospective strategic assessment of Plaintiff's intellectual property rights; Plaintiff's past, present and prospective activities and responses with respect to actual or perceived attacks and/or encroachments on Plaintiff's intellectual property rights; Plaintiff's and his own patent applications and development; and the extent of Plaintiff's alleged damages.

13. Dan Rosenberg
    Address unknown to these defendants

Mr. Rosenberg has information regarding: the Townsend Defendants' representation of Plaintiff and its affiliated personnel (including, but not limited to the substance and timing of services performed for the Plaintiff related to intellectual property matters, the advice the Townsend Defendants provided to Plaintiff, and Plaintiff's response to such advice); Plaintiff's discussions and decisions regarding intellectual property matters (including, but not limited to

those for which the Townsend Defendants had been retained); the preparation of Plaintiff's patent applications; and the operations of the Plaintiff.

14. Jerry (or Gerry) Scheidt
    Gerawan Farming
    c/o Pansky Markle Ham LLP
    1010 Sycamore Avenue, Suite 308
    South Pasadena, CA 91030
    (213) 626-7330

Mr. Scheidt has information regarding: the Townsend Defendants' representation of Plaintiff and its affiliated personnel (including, but not limited to the substance and timing of services performed for the Plaintiff related to intellectual property matters, the advice the Townsend Defendants provided to Plaintiff, and Plaintiff's response to such advice); Plaintiff's discussions and decisions regarding intellectual property matters (including, but not limited to those for which the Townsend Defendants had been retained); the operations of the Plaintiff; Plaintiff's past, present and prospective strategic assessment of Plaintiff's intellectual property rights; Plaintiff's past, present and prospective activities and responses with respect to actual or perceived attacks and/or encroachments on Plaintiff's intellectual property rights; and the extent of Plaintiff's alleged damages.

**Documents Supporting Townsend Defendants' Claims and Defenses**

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii), the Townsend Defendants identify the following categories of documents in their possession, presently identified, and likely to contain discoverable information that may support their claims or defenses:

1. U.S. Patents for fruits and other items issued to Plaintiff or its affiliated personnel.
2. Attorney files from Worrel related to work performed for Plaintiff or its affiliated personnel.
3. Attorney files from the Townsend Defendants related to work performed for Plaintiff or its affiliated personnel.
4. Court files related to trademark infringement actions filed by Plaintiff.
5. Trademark registrations for "PRIMA" (in all of its forms).

All of the documents in category nos. 1 through 3 above, which the Townsend Defendants

7

have located to date, have been produced to Plaintiff as TTC GFI 00001 through TTC GFI 05696. The documents in category nos. 4 and 5 are equally or more readily available to Plaintiff.

**Computation of Damages**

The Townsend Defendants do not have an affirmative claim for damages in this case other than for attorneys' fees and costs.

**Insurance Information**

The Townsend Defendants have Professional Liability Insurance covering the subject suit with Underwriters at Lloyd's, London and certain Insurance Companies. Details regarding policy limits information will be provided to counsel.

DATED: March 30, 2011                    CARLSON, CALLADINE & PETERSON LLP


By: _____/s/_____
    GUY D. CALLADINE
    Attorneys for Defendants TOWNSEND and
    TOWNSEND and CREW LLP, MATTHEW E.
    HINSCH, and WILLIAM M. HYNES