1  GUY D. CALLADINE [Bar No.: 99431]
   BRADLEY P. KAPLAN [Bar No.: 148647]
2  CARLSON, CALLADINE & PETERSON LLP
   353 Sacramento Street, 16th Floor
3  San Francisco, CA  94111
   Telephone:     (415) 391-3911
4  Facsimile:     (415) 391-3898

5  Attorneys for Defendants
   TOWNSEND and TOWNSEND and CREW,
6  LLP, MATTHEW E. HINSCH, and WILLIAM
   M. HYNES
7
   JAMES I. HAM (Bar No. 100849)
8  Email:  jham@panskymarkle.com
   PANSKY MARKLE HAM LLP
9  1010 Sycamore Ave., Unit 308
   South Pasadena, CA  91030
10 Telephone:     (213) 626-7300
   Facsimile:     (213) 626-7330
11
   Attorneys for Plaintiff
12 GERAWAN FARMING, INC.

13 JAMES S. RUMMONDS [Bar No. 59954]
   RUMMONDS & MAIR
14 311 Bonita Drive
   Aptos, CA 95003
15 Telephone:     (831) 688-2911
   Facsimile:      (831) 662-3407
16 Email:  jsr@malpraclaw.com

17 Attorneys for Plaintiff
   GERAWAN FARMING, INC.
18
   Douglas V. Thornton (Bar No. 154956)
19 PERKINS, MANN & EVERETT
   7815 N. Palm Avenue, Suite 200
20 Fresno, California 93711
   Telephone (559) 447-5700
21 Facsimile (559) 447-5600
   dthornton@pmelaw.com
22

23                 UNITED STATES DISTRICT COURT

24             FOR THE EASTERN DISTRICT OF CALIFORNIA

25

26

27

28
   276968

**STIPULATION RE: DISMISSAL OF CERTAIN DEFENDANTS**

**CASE NO. CV F 10-2011 LJO-JLT**

|   |   |
|---|---|
| GERAWAN FARMING, INC., | CASE NO.: CV F 10-2011 LJO-JLT |
| Plaintiff, | **STIPULATION RE: DISMISSAL OF CERTAIN DEFENDANTS** |
| vs. | **[Fed. Rules of Civ. Proc. Rule 41]** |
| TOWNSEND and TOWNSEND and CREW, LLP, et al. | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff GERAWAN FARMING, INC. ("Plaintiff") on the one hand, and Defendants TOWNSEND AND TOWNSEND AND CREW, LLP, ("Townsend"), MATTHEW E. HINSCH ("Hinsch") and WILLIAM M. HYNES ("Hynes") on the other hand, through their attorneys of record herein, as follows:

1. All of Hinsch's and Hynes's activities relating to Plaintiff were performed in the course and scope of their employment with Townsend.

2. Hinsch and Hynes will each make themselves available for deposition at a mutually agreeable date and time, and each will make themselves available to provide testimony at the trial in this action, all upon reasonable advance notice to counsel for Townsend, without the need for a subpoena.

3. In accordance with Fed. R. Civ. P. 41, Plaintiff hereby dismisses Hinsch and Hynes from this action.

DATED: January 25, 2012                    CARLSON, CALLADINE & PETERSON LLP


By: _____
BRADLEY P. KAPLAN
Attorneys for Defendants TOWNSEND TOWNSEND and CREW, LLP, MATTHEW E. HINSCH, and WILLIAM M. HYNES

1  DATED: January 25, 2012

                                      RUMMONDS & MAIR

                                      By: _____
                                           JAMES RUMMONDS
                                           Attorneys for Plaintiff GERAWAN FARMING, INC.

IT IS SO ORDERED.

    Dated:   **February 1, 2012**                       **/s/ Lawrence J. O'Neill**
                                                      UNITED STATES DISTRICT JUDGE

**STIPULATION RE: DISMISSAL OF CERTAIN DEFENDANTS**

**CASE NO. CV F 10-2011 LJO-JLT**