IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERAWAN FARMING, INC., | CASE NO. CV F 10-2011 LJO JLT |
| Plaintiff, | **ORDER TO VACATE HEARING** (Docs. 74, 77.) |
| vs. | |
| TOWNSEND AND TOWNSEN AND CREW, LLP, et al., | |
| Defendants. / | |

With defendant's notice of withdrawal, this Court VACATES the March 27, 2012 hearing on defendant's motion to strike. This Court will take no further action on the motion to strike. The clerk is directed to term doc. 74.

IT IS SO ORDERED.

**Dated:   March 5, 2012**                     /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE

1