IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERAWAN FARMING, INC.,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>TOWNSEND TOWNSEND AND CREW LLP, ET AL.,<br><br>　　　Defendant. | Case No. 1:10-cv-02011 LJO JLT<br><br>ORDER GRANTING IN PART STIPULATION TO AMEND SCHEDULING ORDER<br><br>(Doc. 81) |

On February 22, 2012, the parties filed an amended scheduling report seeking to extend the deadlines by which most of the case activities scheduled. (Doc. 73) In this document, the parties failed to provide any real explanation for the needed extension. As a result, the Court amended the scheduling order to provide limited extra time but maintained the current dispositive deadlines re: the merits of the case, the pretrial conference hearing date and the trial date. (Doc. 76)

Before the Court is the renewed request to amend the scheduling order. (Doc. 81) Now, the parties present information related to a significant, personal and ongoing situation being suffered by Plaintiff's newly retained counsel.[1]  This situation constitutes good cause to reschedule all of the case dates. (Doc. 82) Therefore, the request to amend the scheduling order is **GRANTED**.

///

---

[1] The Court expresses its deepest sympathies to counsel.

1

**ORDER**

Based upon the foregoing, the Court **ORDERS**: the scheduling order is amended as follows:

1. Discovery re: statute of limitations:
    - Defendants: 5/25/12
    - Plaintiff: 9/17/12
2. Motion for summary judgment re: statute of limitations:
    - Filing: 8/6/12
    - Opposition: 10/1/12
    - Reply: 10/17/12
3. Nonexpert discovery re: merits: 2/1/13
4. Joint expert disclosure: 2/15/13
    - Rebuttal: 3/15/13
5. Expert discovery: 5/3/13
6. Motion for summary judgment re: merits:
    - Filing: 5/31/13
    - Hearing: 7/12/13
7. Pretrial conference: 8/27/13
8. Trial: 10/22/13
9. **No further amendments to the scheduling order SHALL be permitted absent a showing of exceptional good cause.**

IT IS SO ORDERED.

Dated:  **March 19, 2012**                              /s/ Jennifer L. Thurston
                                                                            UNITED STATES MAGISTRATE JUDGE