Carlson Calladine & Peterson LLP
Guy D. Calladine, #99431
Joshua K. Bart, #259134
353 Sacramento Street, 16th Floor
San Francisco, CA 94111
Telephone: (415) 391-3911
Facsimile: (415) 391-3898

Attorneys for TOWNSEND TOWNSEND
AND CREW, LLP, MATTHEW E. HINSCH,
WILLIAM M. HYNES

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Marshall C. Whitney, #82952
Mandy L. Jeffcoach, #232313
5 River Park Place East
Fresno, California 93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for WORREL & WORREL and
RODNEY K. WORREL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GERAWAN FARMING, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOWNSEND TOWNSEND AND CREW LLP, a California limited liability law partnership, WORREL & WORREL, a law firm, RODNEY K. WORREL, an individual, MATTHEW E. HINSCH, an individual, WILLIAM M. HYNES, an individual, and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 1:10-CV-02011-LJO-JLT <br><br> **ORDER ALLOWING DEFENDANTS TO FILE THEIR RESPECTIVE MEMORANDUM OF POINTS AND AUTHORITIES AND SEPARATE STATEMENTS OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT UNDER SEAL** <br><br> Judge: Hon. Lawrence J. O'Neill |

Defendants TOWNSEND TOWNSEND AND CREW LLP, MATTHEW E. HINSCH, and WILLIAM M. HYNES and WORREL & WORREL (the "Townsend Defendants") and RODNEY K. WORREL (the "Worrel Defendants") (collectively the "Defendants"), have filed a Joint Request for

Order Allowing them to file under seal their respective Memorandum of Points and Authorities and Separate Statement of Undisputed Material Facts in support of their respective motions for summary judgment, Statement of Evidence and all supporting evidence thereto (the "Subject Pleadings").

This Court, having determined that there is a good cause to protect the confidentiality of the information contained in the Subject Pleadings, hereby **GRANTS** the Defendants Joint Request and directs the Clerk of the Court to file under seal the complete, unredacted versions of the Townsend Defendants' Memorandum of Points and Authorities, Separate Statement of Undisputed Material Facts in support of their motion for summary judgment, Statement of Evidence and all supporting evidence thereto and the Worrel Defendants' Memorandum of Points and Authorities, Separate Statement of Undisputed Material Facts in support of their motion for summary judgment, Statement of Evidence and all supporting evidence thereto.

Within 5 (5) days of service of this Order, Defendants shall file a redacted copy of their papers. The redactions shall be narrowly tailored.

IT IS SO ORDERED.

Dated:   **August 6, 2012**             /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

2
[PROPOSED] ORDER ALLOWING DEFENDANTS TO FILE THEIR RESPECTIVE POINTS AND AUTHORITIES AND SEPARATE STATEMENTS OF UNDISPUTED MATERIAL FACTS UNDER SEAL