**James S. Rummonds, Esq.**
**RUMMONDS & MAIR**
**Pacific Coast Hwy and Rio Del Mar Blvd.**
**311 Bonita Dr.**
**Aptos, CA 95003**
**Telephone (831) 688-2911**
**jsr@malpraclaw.com**

**Douglas V. Thornton, Bar # 154956**
**Robert W. Branch, Bar # 154963**
**PERKINS, MANN & EVERETT**
**Incorporated**
**7815 N. Palm Avenue, Suite 200**
**Fresno, California  93711**
**Telephone (559) 447-5700**
**Facsimile (559) 447-5600**
**dthornton@pmelaw.com**
**rbranch@pmelaw.com**

Attorney for: Plaintiff Gerawan Farming, Inc.

# UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| GERAWAN FARMING, INC.<br><br>        Plaintiff,<br><br>        v.<br><br>TOWNSEND TOWNSEND AND CREW LLP, a California limited liability law partnership, WORREL & WORREL, a law firm, RODNEY K. WORREL, an individual, MATTHEW E. HINSCH, and individual, WILLIAM M. HYNES, an individual, and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No.:  1:10-CV-02011 LJO JLT<br><br>**ORDER ALLOWING PLAINTIFF TO FILE ITS MEMORANDUM OF POINTS AND AUTHORITIES AND SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT UNDER SEAL**<br><br>**Hon. Lawrence J. O'Neill** |

        Plaintiff Gerawan Farming, Inc. ("Plaintiff"), has filed a Request for Order Allowing it to file under seal its Memorandum of Points and Authorities and Separate Statement of

1                                                                                                                        {00095243.DOC;1}

---
**Order to File Under Seal**

1  Undisputed Material Facts in opposition to the motions for summary judgment, Statement of
2  Evidence and all supporting evidence thereto (the "Subject Pleadings").

3  This Court, having determined that there is a good cause to protect the confidentiality of
4  the information contained in the Subject Pleadings, hereby **GRANTS** the Plaintiff's Request
5  and directs the Clerk of the Court to file under seal the complete, unredacted versions of the
6  Plaintiff's Memorandum of Points and Authorities, Separate Statement of Undisputed Material
7  Facts in opposition to the motions for summary judgment, Statement of Evidence and all
8  supporting evidence thereto.

9  **Unredacted copies of documents filed under seal must be filed no later than**
10 **October 1, 2012. Plaintiff is also required to provide chambers courtesy hard copies of all**
11 **opposition papers, including unredacted documents.**

15 IT IS SO ORDERED.

16 Dated:   **October 1, 2012**          /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE