Carlson Calladine & Peterson LLP
Guy D. Calladine, #99431
Joshua K. Bart, #259134
353 Sacramento Street, 16th Floor
San Francisco, CA 94111
Telephone: (415) 391-3911
Facsimile: (415) 391-3898

Attorneys for TOWNSEND TOWNSEND
AND CREW, LLP, MATTHEW E. HINSCH,
WILLIAM M. HYNES

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Marshall C. Whitney, #82952
Mandy L. Jeffcoach, #232313
5 River Park Place East
Fresno, California 93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for WORREL & WORREL and
RODNEY K. WORREL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GERAWAN FARMING, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOWNSEND TOWNSEND AND CREW LLP, a California limited liability law partnership, WORREL & WORREL, a law firm, RODNEY K. WORREL, an individual, MATTHEW E. HINSCH, an individual, WILLIAM M. HYNES, an individual, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. 1:10-CV-02011-LJO-JLT<br><br>**ORDER ALLOWING DEFENDANTS TO FILE THEIR RESPECTIVE REPLY AND SUPPORTING PAPERS TO PLAINTIFF'S OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT UNDER SEAL**<br><br>**UNREDACTED COURTESY COPIES DUE OCTOBER 18, 2012**<br><br>Judge: Hon. Lawrence J. O'Neill |

Defendants TOWNSEND TOWNSEND AND CREW LLP, MATTHEW E. HINSCH, and WILLIAM M. HYNES and WORREL & WORREL (the "Townsend Defendants") and RODNEY K. WORREL (the "Worrel Defendants") (collectively the "Defendants"), have filed a Joint Request for

Order Allowing them to file under seal their respective Replies and supporting papers, including the Reply to Opposition to Separate Statement of Undisputed Material Facts, Objections to Plaintiff's Evidence, Reply Memorandum and Reply to Plaintiff's Statement of Disputed Facts (the "Subject Pleadings").

This Court, having determined that there is a good cause to protect the confidentiality of the information contained in the Subject Pleadings, hereby **GRANTS** the Defendants Joint Request and directs the Clerk of the Court to file under seal the complete, unredacted versions of the Townsend Defendants' Reply and supporting papers, including the Reply to Opposition to Separate Statement of Undisputed Material Facts, Objections to Plaintiff's Evidence, Reply Memorandum and Reply to Plaintiff's Statement of Disputed Facts and the Worrel Defendants' Reply and supporting papers, including the Reply to Opposition to Separate Statement of Undisputed Material Facts, Objections to Plaintiff's Evidence, Reply Memorandum and Reply to Plaintiff's Statement of Disputed Facts.

**Defendants, no later than October 18, 2012, shall provide to chambers unredacted courtesy copies of all their reply papers.**

IT IS SO ORDERED.

Dated:  **October 17, 2012**           **/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

[[PROPOSED] ORDER ALLOWING DEFENDANTS TO FILE THEIR RESPECTIVE REPLY AND SUPPORTING PAPERS TO PLAINTIFF'S OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT UNDER SEAL