James S. Rummonds, Esq.
RUMMONDS & MAIR
Pacific Coast Hwy and Rio Del Mar Blvd.
311 Bonita Dr.
Aptos, CA 95003
Telephone (831) 688-2911
jsr@malpraclaw.com

Douglas V. Thornton, Bar # 154956
Robert W. Branch, Bar # 154963
PERKINS, MANN & EVERETT
Incorporated
7815 N. Palm Avenue, Suite 200
Fresno, California 93711
Telephone (559) 447-5700
Facsimile (559) 447-5600
dthornton@pmelaw.com
rbranch@pmelaw.com

Attorney for: Plaintiff Gerawan Farming, Inc.

### UNITED STATES DISTRICT COURT FOR THE

### EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| GERAWAN FARMING, INC.<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>TOWNSEND TOWNSEND AND CREW LLP, a California limited liability law partnership, WORREL & WORREL, a law firm, RODNEY K. WORREL, an individual, MATTHEW E. HINSCH, and individual, WILLIAM M. HYNES, an individual, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No.: 1:10-CV-02011 LJO JLT<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR ORDER PLACING SUMMARY JUDGMENT DECISION ON LIMITATIONS DEFENSE AND ORDER TO CLARIFY SUMMARY JUDGMENT DECISION ON LIMITATIONS DEFENSE UNDER SEAL**<br><br>**Hon. Lawrence J. O'Neill** |

Plaintiff Gerawan Farming, Inc. ("Plaintiff"), has filed a Request for Order Placing under seal its Orders that were filed on October 23, 2012 and November 2, 2012, document numbers 119 and 121 respectively, in regards to the Summary Judgment Decision on

1  Limitations Defense and the Order to Clarify Summary Judgment Decision on Limitations
2  Defense (the "Subject Orders").
3     This Court, having determined that there is a good cause to protect the confidentiality of
4  the information contained in the "Subject Orders", hereby **GRANTS** the Plaintiff's Request
5  and directs the Clerk of the Court to file under seal the complete, unredacted versions of the
6  Orders that were filed on October 23, 2012 and November 2, 2012, document numbers 119 and
7  121 respectively, in regards to the Summary Judgment Decision on Limitation Defense and the
8  order to Clarify Summary Judgment Decision on Limitations Defense.
9     Within five (5) days of service of this Order, Defendants shall present proposed
10 redacted copies of the "Subject Orders" for filing.
11    For good cause shown, **IT IS SO ORDERED.**

IT IS SO ORDERED.

   Dated:   **November 20, 2012**          /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE