UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERAWAN FARMING, INC, <br><br> Plaintiff, <br><br> vs. <br><br> TOWNSEND TOWNSEND AND CREW LLP, et al., <br><br> Defendants. | CASE NO. 1:10-CV-02011 LJO JLT <br><br> **AMENDED ORDER GRANTING STIPULATION TO AMEND SCHEDULING ORDER** <br><br> **(Doc. 130)** |

Before the Court is a stipulation to amend the scheduling order. (Doc. 130)  The stipulation indicates that due to the holidays, their focus on efforts related to dispositive motions and a death in the family of Gerawan's lead attorneys, counsel will be unable to complete discovery timely. Id. The parties seek an extension of time within which to complete discovery.

Good cause appearing, the Court **ORDERS**:

1. Nonexpert discovery SHALL be completed no later than 3/1/13;

2. Joint expert disclosure SHALL occur no later than 3/15/13 and any rebuttal experts SHALL be disclosed no later than 4/15/13;

3. Expert discovery SHALL be completed no later than 5/15/13.

///

///

1

4.   **No other amendments** to the scheduling order are authorized.

**Absolutely no further amendments of the scheduling order will be entertained by the Court.**


IT IS SO ORDERED.

Dated:   **January 4, 2013**                            /s/ Jennifer L. Thurston
                                                                        UNITED STATES MAGISTRATE JUDGE