# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERAWAN FARMING, INC., | CASE NO. CV F 10-2011 LJO JLT |
| Plaintiff, | **ORDER ON DEFENSE MOTION IN LIMINE ON DAMAGES** |
| vs. | (Doc. 133) |
| TOWNSEND AND TOWNSEND AND CREW LLP, et al., | |
| Defendants. | |

## PRELIMINARY STATEMENT

Judges in the Eastern District of California carry the heaviest caseload in the nation, and this Court is unable to devote inordinate time and resources to individual cases and matters. This Court cannot address all arguments, evidence and matters raised by parties and addresses only the arguments, evidence and matters necessary to reach the decision in this order given the shortage of district judges and staff. The parties and counsel are encouraged to contact the offices of United States Senators Feinstein and Boxer to address this Court's inability to accommodate the parties and this action. The parties are required to consider consent to a Magistrate Judge to conduct all further proceedings in that the Magistrate Judges' availability is far more realistic and accommodating to parties than that of U.S. District Judge Lawrence J. O'Neill who must prioritize criminal and older civil cases.

**DISCUSSION AND ORDER**

On February 21, 2013, defendants filed a motion in limine to preclude damages for alleged diminution in trademark value, loss of goodwill and rebranding costs suffered by plaintiff Gerawan Farming, Inc. ("Gerawan"). The defense motion in limine is premature. This Court sets motions in limine at the pretrial conference and will not entertain such motions prior to the pretrial conference at the expense of the more than 2,000 pressing cases this Court carries. Defense efforts would be better served to pursue discovery and settlement. Moreover, the defense has compelled this Court to devote inordinate resources to this action given its unsuccessful reconsideration of summary judgment after this Court's clarification order on the limitations defense.

That said, this Court will tolerate neither game playing nor non-compliance with F.R.Civ.P. 26 and discovery requirements. This Court will exclude diminution and rebranding damages to the extent Gerawan failed to comply with F.R.Civ.P. 26 and/or discovery requirements or disavowed such damages to avoid summary judgment on the limitations defense.

For the reasons discussed above, this Court DENIES as premature the defense motion in limine, and Gerawan need not respond to it at this time. This Court VACATES the March 20, 2013 hearing set by the defense.

This Court ADMONISHES the parties and counsel that they are expected to obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate. In particular, this Court reminds all parties' counsel of their potential liability under 28 U.S.C. § 1927.

IT IS SO ORDERED.

**Dated:   February 22, 2013            /s/  Lawrence J. O'Neill**
                                                       UNITED STATES DISTRICT JUDGE